A CERTIFIED TRUE COPY

MAR 2 6 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
ASHEVILLE, N.C.

JUN 2 5 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

1:07cv25

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2007

FILED
CLERK'S OFFICE

DOCKET NO. 875

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-275)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,832 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3.29.07
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

# SCHEDULE CTO-275 - TAG-ALONG ACTIONS
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**ARKANSAS WESTERN**
~~ARW 2 07-2004~~  ~~Eddie Joe Wooten, et al. v. CertainTeed Corp., et al.~~ Opposed 3/23/07

**CALIFORNIA EASTERN**
CAE 1 07-85  Calvin Hobbs v. Burlington Northern & Santa Fe Railway Co.

**CALIFORNIA NORTHERN**
~~CAN 3 07-241~~  ~~Carla Groce, et al. v. Todd Shipyards Corp., et al.~~ Opposed 3/21/07
~~CAN 3 07-702~~  ~~Geraldine Burton, et al. v. A.W. Chesterton Co., et al.~~ Opposed 3/26/07

**FLORIDA NORTHERN**
FLN 3 06-479  James Timothy Prescott, etc. v. A.W. Chesterton Co., et al.

**ILLINOIS CENTRAL**
ILC 1 06-1308  Nadra O'Keefe, etc. v. AGA Gas Inc., et al.

**ILLINOIS SOUTHERN**
~~ILS 3 06-1058~~  ~~Jack Franklin v. CSX Transportation, Inc.~~ Opposed 3/23/07
ILS 3 07-1  Steven Gray, et al. v. BNSF Railway Co.

**KENTUCKY WESTERN**
KYW 3 07-65  Robert Moeller, et al. v. Garlock Sealing Technologies, LLC, et al.

**LOUISIANA EASTERN**
LAE 2 06-10560  Auter Earl Barney v. Insurance Co. of North America., et al.
~~LAE 2 07-577~~  ~~Shirley Sommers, et al. v. Air Liquide-Big Three, Inc., et al.~~ Vacated 3/22/07

**MASSACHUSETTS**
MA 1 05-11149  Robert Grazioso, et al. v. Metropolitan Life Insurance Co., et al.
MA 1 06-10270  Gary Anderson, etc. v. A.W. Chesterton Co., et al.
MA 1 06-11064  Pamela V. Koger v. A.W. Chesterton Co., et al.
MA 1 06-11148  John F Welch, Jr., etc. v. Metropolitan Life Insurance Co., et al.

**MARYLAND**
~~MD 1 06-3319~~  ~~Linda Hudson, et al. v. Rapid-American Corp., et al.~~ Opposed 3/26/07

**MISSOURI WESTERN**
MOW 6 06-3472  Larry F. Schauf, et al. v. 3M Co., et al.

**MISSISSIPPI SOUTHERN**
MSS 1 07-20  Robert Irving v. ITT Corp., et al.
MSS 1 07-23  Felicia White, et al. v. Owens-Illinois, Inc., et al.
MSS 1 07-59  Lula Adams Grant v. William Powell International Sales Corp., et al.

**NORTH CAROLINA MIDDLE**
NCM 1 07-56  Peggy R. Morgan v. Borg-Warner Corp., et al.
NCM 1 07-101  John Wilburn Sheets, et al. v. Aqua-Chem, Inc., et al.
NCM 1 07-102  Brenda T. Caudle, etc. v. Aqua-Chem, Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 07-105 | Grady Vernon Holmes v. Aqua-Chem, Inc., et al. |
| NCM 1 07-107 | Carl Vernon Allmon, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-116 | Alden Bryan Pearson, Jr., et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 07-4 | Jerry Richard Alexander, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-5 | Vincent Jerome Brooks, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-6 | Ricky Alexander Cherry, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-7 | Paul Rudisill Dellinger, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-8 | James Purser Sherrill, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-10 | Clarence B. Beard, III, et al. v. 3M Co., et al. |
| NCW 1 07-13 | Johnny James Thrasher, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-14 | Abraham Norris, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-15 | Wayne Gordon Murphy, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-25 | Roland William Hager, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-26 | Wade Christopher Kastner, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-27 | John Lester Little, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-29 | Gene Alphonso McConneaughey v. Aqua-Chem, Inc., et al. |
| NCW 1 07-30 | David Steven Miller, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-31 | Todd Howard Sherrill v. Aqua-Chem, Inc., et al. |
| NCW 1 07-33 | Ernest Blanton Koone, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-34 | Anthony Dean Hardin, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-35 | Stephen Andrew Kularski, et al. v Aqua-Chem, Inc., et al. |
| NCW 1 07-36 | Boyd T. Towery, Jr. v. 3M Co., et al. |
| NCW 1 07-37 | Kenneth Alan McAlister, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-38 | Dean McCorkle, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-39 | Bobby Allen Sims, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-46 | Randy L. Johnson v. 3M Co., et al. |
| NCW 1 07-48 | Carroll Lee Munday, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-49 | Randy Eugene Arrowood, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-50 | Ronald Lee Hamrick, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-51 | Dennis Trevior McDowell, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-52 | James Thomas Honeycutt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-55 | Michael E. Tuttle, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-57 | Linda Faye Bishop v. Aqua-Chem, Inc., et al. |
| NCW 1 07-58 | James Richard Hood, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-59 | Reggie Blake Norman, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-60 | Terry Alvin Devine, Sr., et al. v. Aqua-Chem, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 07-258 | Charles B. Young, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 07-260 | Lionel E. Cripe, et al. v. A.W. Chesterton Co., et al. |
| NYE 1 07-261 | Sari J. Gabrielli, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 07-262 | Bea Aguilar, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 07-273 | William Prestis, Sr., et al. v. A.W. Chesterton Co., et al. |
| NYE 1 07-359 | Arlene D. Welch, etc. v. A.W. Chesterton Co., et al. |
| NYE 1 07-360 | Eleanor Koerner, etc. v. A.W. Chesterton Co., et al. |
| **NEW YORK SOUTHERN** | |
| ~~NYS-1 06-15395~~ | ~~Talbot P. Frawley, et al. v. General Electric Co., et al.~~ Opposed 3/23/07 |
| **OHIO NORTHERN** | |
| OHN 1 06-10006 | Rovert E. Ferguson, et al. v. Lorillard Tobacco Co., Inc., et al. |

DIST. DIV. C.A. # | CASE CAPTION

**PENNSYLVANIA WESTERN**
PAW 2 07-40 — Dorsey D. Weikert, Jr. v. Consolidated Rail Corp., et al.

**SOUTH CAROLINA**
SC 0 07-30 — Walter Steve Robinson, et al. v. Aqua-Chem, Inc., et al.
SC 0 07-34 — Roger Dale Melton, et al. v. Aqua-Chem, Inc., et al.
SC 0 07-240 — Kenneth Wayne McDonald, et al. v. Aqua-Chem, Inc., et al.
SC 0 07-242 — Wayne Brian Madsen, et al v. Aqua-Chem, Inc., et al.
SC 0 07-257 — Neil Mitchell Nolen, et al v. Aqua-Chem, Inc., et al.
SC 0 07-258 — Howard Benjamin Hodge, et al. v. Aqua-Chem, Inc., et al.
SC 0 07-348 — Harold Gene Heath, et al. v. Aqua-Chem, Inc., et al.
SC 0 07-440 — Fred Ray Baker, Sr., et al. v. Aqua-Chem, Inc., et al.
SC 2 06-1113 — Joann P. Howard, etc. v. Owens-Illinois, Inc., et al.
SC 2 07-337 — Harold L. Albertson, et al. v. Bayer CropScience, Inc., et al.
SC 2 07-338 — James Herman Collins v. Bayer CropScience, Inc., et al.
SC 2 07-468 — Thelma G. Campbell, etc. v. Owen-Illinois, Inc., et al.
SC 6 07-241 — Ernest Hoyt Horne, et al. v. Aqua-Chem, Inc., et al.
SC 7 07-32 — Mickey Lane Standridge, et al. v. Aqua-Chem, Inc., et al.
SC 7 07-33 — James Edward Parker, et al. v. Aqua-Chem, Inc., et al.
SC 7 07-36 — Roy Wade Seagle, et al. v. Aqua-Chem, Inc., et al.
SC 7 07-367 — Dennis Silvers, et al. v. Aqua-Chem, Inc., et al.
SC 7 07-393 — William E. Dover, et al. v. Aqua-Chem Inc., et al.
SC 7 07-439 — Billy Ray Gordon, et al. v. Aqua-Chem, Inc., et al.
SC 8 06-570 — Walter David James, et al. v. Aqua-Chem, Inc., et al.
SC 8 06-941 — William Maurice Gould, et al. v. Aqua-Chem, Inc., et al.
SC 8 06-942 — William Robert Cowart, et al. v. Aqua-Chem, Inc., et al.
SC 8 07-29 — Stanley Roberts Pope, et al. v. Aqua-Chem, Inc., et al.
SC 8 07-239 — Tommy Joe King v. Aqua-Chem, Inc., et al.
SC 8 07-256 — Dennis Hayden McCall, et al. v. Aqua-Chem, Inc., et al.
SC 8 07-435 — Donny Edward Stewart, et al. v. Aqua-Chem, Inc., et al.
SC 8 07-436 — Horace Alfred Kelley, et al. v. Aqua-Chem, Inc., et al.
SC 8 07-437 — Curtis Clinton Mitchum, Jr., et al. v. Aqua-Chem, Inc., et al.

**TEXAS NORTHERN**
TXN 4 07-82 — Marsha Geffert, et al. v. CertainTeed Corp., et al.

**TEXAS SOUTHERN**
TXS 4 07-130 — Allan Cardwell, et al. v. The Boeing Co., et al.

**VIRGINIA EASTERN**
VAE 2 06-9103 — Richard W. Grapes v. American Standard, Inc., et al.
VAE 2 06-9104 — Gordon W. Jones v. American Standard, Inc., et al.
VAE 2 06-9105 — William H. Monroe, Jr., etc. (Floyd Raymond Skangel) v. American Standard, Inc., et al.
VAE 2 06-9106 — Lucy S. Ward v. American Standard, Inc., et al.
VAE 2 06-9107 — Margie E. Birmingham v. American Standard, Inc., et al.
VAE 2 06-9108 — Roberto P. Gallegos v. American Standard, Inc., et al.
VAE 2 06-9109 — Terry D. Nealey v. American Standard, Inc., et al.
VAE 2 06-9110 — Richard B. Nelson v. American Standard, Inc., et al.
VAE 2 06-9111 — Floyd C. Olson v. American Standard, Inc., et al.
VAE 2 06-9112 — Charles L. Papke v. American Standard, Inc., et al.
VAE 2 06-9113 — Leon R. Paquette v. American Standard, Inc., et al.
VAE 2 06-9114 — James H. Rickard v. American Standard, Inc., et al.
VAE 2 06-9115 — George D. Ryan v. American Standard, Inc., et al.
VAE 2 06-9116 — Willus C. Stream v. American Standard, Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **VIRGINIA EASTERN** | |
| VAE 2 06-9117 | Lawrence R. Watters v. American Standard, Inc., et al. |
| VAE 2 06-9118 | Leroy White v. American Standard, Inc., et al. |
| VAE 2 06-9119 | Eulalio Flores v. American Standard, Inc., et al. |
| VAE 2 06-9120 | James A. Fowlkes v. American Standard, Inc., et al. |
| VAE 2 06-9121 | Venice Linville v. American Standard, Inc., et al. |
| VAE 2 06-9122 | Andrew G. Matson v. American Standard, Inc., et al. |
| VAE 2 06-9123 | Justin E. Miller v. Norfolk Southern Railway Co. |
| VAE 2 06-9124 | Tom K. Wilson v. American Standard, Inc., et al. |
| VAE 2 06-9125 | Darwin W. Bales v. Norfolk Southern Railway Co. |
| VAE 2 06-9126 | Joseph D. Broadhurst, Sr. v. Norfolk Southern Railway Co. |
| VAE 2 06-9127 | Kit H. Loveless v. Norfolk Southern Railway Co. |
| VAE 2 06-9128 | James M. Nickell v. Norfolk Southern Railway Co. |
| VAE 2 07-9129 | Lorenzo G. Dominguez v. American Standard, Inc., et al. |
| VAE 2 07-9130 | James C. Frizzell v. American Standard, Inc., et al. |
| VAE 2 07-9131 | Richard J. Gordon v. American Standard, Inc., et al. |
| VAE 2 07-9132 | M. Edward Heckman v. American Standard, Inc., et al. |
| VAE 2 07-9133 | Arnold W. Hellenberg v. American Standard, Inc., et al. |
| VAE 2 07-9134 | Gilbert S. Hernandez v. American Standard, Inc., et al. |
| VAE 2 07-9135 | Donald E. Jenkins v. American Standard, Inc., et al. |
| VAE 2 07-9136 | Charles L. Kunkleman v. American Standard, Inc., et al. |
| VAE 2 07-9137 | Curtis E. McMorris v. American Standard, Inc., et al. |
| VAE 2 07-9138 | James A. Miller v. American Standard, Inc., et al. |
| VAE 2 07-9139 | Raymond J. Peters v. American Standard, Inc., et al. |
| VAE 2 07-9140 | James M. Phillips v. American Standard, Inc., et al. |
| VAE 2 07-9141 | John T. Swaine v. American Standard, Inc., et al. |
| VAE 2 07-9142 | Ivan Conder v. American Standard, Inc., et al. |
| VAE 2 07-9143 | Thomas C. Ford v. American Standard, Inc., et al. |
| VAE 2 07-9144 | C. L. Hughes v. American Standard, Inc., et al. |
| VAE 2 07-9145 | Paul H. Jean v. American Standard, Inc., et al. |
| VAE 2 07-9146 | Harry L. O'Donnell v. American Standard, Inc., et al. |
| VAE 2 07-9147 | Jack G. O'Donnell v. American Standard, Inc., et al. |
| VAE 2 07-9148 | Clarence W. Pierce v. American Standard, Inc., et al. |
| VAE 2 07-9149 | Carl L. Stewart v. American Standard, Inc., et al. |
| VAE 2 07-9150 | Clifford M. Holwegner v. American Standard, Inc., et al. |
| VAE 2 07-9151 | Richard L. Beasley v. American Standard, Inc., et al. |
| VAE 2 07-9152 | Robert P. Carpineta v. American Standard, Inc., et al. |
| VAE 2 07-9153 | Ronald J. Curin v. American Standard, Inc., et al. |
| VAE 2 07-9154 | Jesse R. Garcia v. American Standard, Inc., et al. |
| VAE 2 07-9155 | William H. Monroe, Jr., etc. (Ronald M. Jones, Jr.) v. American Standard, Inc., et al. |
| VAE 2 07-9156 | Alton J. Hardaway v. American Standard, Inc., et al. |
| VAE 2 07-9157 | Jose L. Otero v. American Standard, Inc., et al. |
| VAE 2 07-9158 | Karl D. Rimer, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9159 | Donald T. Throenle, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9160 | Thomas H. Tillett v. American Standard, Inc., et al. |
| VAE 2 07-9161 | Doran R. Brechmann, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9162 | Calvin S. Redford v. American Standard, Inc., et al. |
| ~~VAE 3 07-68~~ | ~~Barbara Anne Anderson v. Alfa Laval, Inc., et al.~~ Opposed 3/21/07 |
| **WASHINGTON WESTERN** | |
| WAW 2 06-1819 | Frances Baker, et al. v. C.H. Murphy/Clark-Ullman, Inc., et al. |
| **WISCONSIN EASTERN** | |
| WIE 2 06-1169 | Edmund L. Scheffel v. Dynegy Corp., et al. |

DIST. DIV. C.A. #                CASE CAPTION

WISCONSIN WESTERN
  WIW 3  06-672           Ernest Crotteau v. Dynegy Corp., et al.